UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN GATE BELL, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-02774-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

By Order filed January 3, 2022, Plaintiff was ordered to either dismiss defendant Golden Gate Bell, LLC or move for entry of default by January 17, 2022. (Dkt. No. 16.) The Court issued this order after the docket did not reflect that the parties had complied with General Order 56 ¶ 9. As of the date of this Order, however, Plaintiff has not dismissed Golden Gate Bell nor moved for entry of default nor otherwise communicated with the Court. Accordingly, on or before February 25, 2022, Plaintiff shall show cause in writing why her claims against Golden Gate Bell, LLC should not be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 for her failure to prosecute this action.

**IT IS SO ORDERED.**

Dated: February 15, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge